1  John L. Marshall (SBN 6733)
   General Counsel
2  Tahoe Regional Planning Agency
   P.O. Box 5310
3  Stateline NV 89449-5310
   (775) 588-4547
4  jmarshall@trpa.gov

5  *Attorneys for TRPA Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID D. DOBBINS and SHARON L. DOBBINS, Trustees of the David and Sharon Dobbins Revocable Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>GLENBROOK HOMEOWNERS ASS'N., a Nevada non-stock, not-for-profit corporation; TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United States Congress; and all other persons unknown claiming and right, title, estate, lien or interest in the real property described in this Complaint, adverse to Plaintiffs' ownership or any cloud upon Plaintiffs' title thereto,<br><br>Defendants. | Case No. 3:22-cv-00495-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendants Tahoe Regional Planning Agency ("TRPA"), Glenbrook Homeowners Association ("GHOA") and Plaintiffs David R. Dobbins and Sharon L. Dobbins ("Dobbins"), by and through their attorneys, hereby agree, stipulate, and respectfully request that the Court extend the deadline for Defendants TRPA and GHOA until and including January 27, 2023, to respond to Dobbins Complaint, an approximate 45-day extension for the filing deadline for TRPA's responsive pleading.

This is TRPA's first and GHOA's second request for an extension of time. In support of the request for Order, the counsel for the parties stipulate as follows:

1

1. This action was commenced in Nevada's Ninth Judicial District Court as Case No. 2022-CV-00170.
2. Defendant TRPA was served with a Summons and Complaint by Plaintiff on October 24, 2022.
3. TRPA and Plaintiffs' counsel agreed to a total of 51 days from the date of TRPA counsel's signature on the Acknowledgement of Service, for TRPA to file a responsive pleading, which date was December 13, 2022.
4. This deadline was agreed upon by both parties before removal of this matter to the U.S. District Court which is why a Stipulation and Proposed order has not been previously filed.
5. Since removal of this matter, parties have been in substantive negotiations and discussions towards a compromise of all claims in this litigation against all defendants. In order to continue productive negotiations and allow time to obtain approval by the necessary parties and boards, the parties agree the parties' resources should be directed towards these discussions.
6. This court has granted GHOA an extension to file a responsive pleading to December 16, 2022.
7. Based on the foregoing, the undersigned counsel, having previously agreed to extend that date an additional 45 days, hereby make a request, that the Court approve this agreement between counsel to extend the deadline for Defendants TRPA and GHOA to file their responsive pleading on or before January 27, 2023.

This stipulation is entered into good faith and not for the purpose of delay. There has been one previous request for extension of time. This stipulation extends time so that the parties can focus on resolution.

///

///

///

2

DATED: December 14, 2022

TAHOE REGIONAL PLANNING
AGENCY

/s/ John L. Marshall
John L. Marshall (#6733)
General Counsel
P.O. Box 5310
Stateline NV 89449-5310
(775) 303-4882
jmarshall@trpa.gov

*Attorney for TRPA Defendants*

DATED: December 14, 2022

MARY MARSH LINDE

/s/ Mary Marsh Linde
Mary Marsh Linde, Esq. (NSBN 613)
16 Chablis Drive
Reno, NV 89512
(775) 741-5659
Mmlrealaw@yahoo.com

*Attorney for Plaintiffs David D. Dobbins
and Sharon L. Dobbins, Trustees*

DATED: December 13, 2022

McDONALD CARANO LLP


By: /s/ William A.S. MagrathII
William A.S. Magrath II, Esq. (NSBN 1490)
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
wmagrath@mcdonaldcarano.com


*Attorneys for Defendant Glenbrook
Homeowner's Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 16, 2022

3