1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID D. DOBBINS and SHARON L. DOBBINS, Trustees of the David and Sharon Dobbins Revocable Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>GLENBROOK HOMEOWNERS ASS'N., a Nevada non-stock, not-for-profit corp.; TAHOE REGIONAL PLANNNING AGENCY, a separate legal entity created by bi-state compact approved by the United States Congress; and all other persons unknown claiming any right, title, estate, lien or interest in the real property described in this Complaint adverse to Plaintiffs' ownership or any cloud upon Plaintiffs' title thereto,<br><br>Defendants.<br>_____/ | Case No. 3:22-cv-00495-MMD-CLB<br><br><br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS**<br><br>**GLENBROOK HOMEOWNERS**<br><br>**ASSOCIATION AND TAHOE REGIONAL PLANNING AGENCY TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Defendant, TAHOE REGIONAL PLANNING AGENCY (TRPA), by and through John

L. Marshall, its General Counsel, Defendant GLENBROOK HOMEOWNERS ASSOCIATION, by and through its counsel, William A.S. Magrath II and McDonald Carano, LLP, and Plaintiffs, DAVID and SHARON DOBBINS, by and through their counsel, Mary Marsh Linde Esq., do hereby AGREE, STIPULATE AND RESPECTFULLY REQUEST THAT THE Court extend the deadline, now January 27, 2023, until February 27, 2023 to answer or otherwise respond to Plaintiffs' Complaint.

     This Third request is necessitated by the two-week hospitalization of Plaintiff David Dobbins and his consequent unavailability to participate in settlement discussions initiated by the parties prior to his illness. Mr. Dobbins is 85 years of age and will require additional time beyond the current deadline of January 27, 2023 to be able to participate in said discussions.

     The relevant chronology of this matter has been stated in the previous SECOND REQUEST and is not iterated here, in the interest of brevity.

     This Stipulation is entered into in good faith and not for purposes of delay. Settlement discussions were proceeding prior to the Christmas Holiday period, when Mr. Dobbins became hospitalized on Christmas Day, where he stayed for almost two weeks. This Stipulation further extends time so that the parties can resume their focus on resolution.

DATED: January 18, 2023

MARY MARSH LINDE

By: _____//s//_____
     Mary Marsh Linde, Esq. (NSBN 613)
     16 Chablis Dr.
     Reno, NV 89512
     Telephone: (775) 741-5659
     mmlrealaw@yahoo.com
     Attorney for Plaintiffs David D. Dobbins
     and Sharon L. Dobbins, Trustees

//

1  DATED: January 18, 2023

2  TAHOE REGIONAL PLANNING AGENCY

3  By: _____//s//_____
       John L. Marshall (#6733)
4      General Counsel
       P.O. Box 5310
5      Stateline, NV 89449-5310
       (775) 303-4882
6
   jmarshall@trpa.gov
7
   Attorney for Defendant TRPA
8

9  DATED: January 18, 2023

10 McDONALD CARANO LLP

11 By: _____//s//_____
       William A.S. Magrath II, Esq. (NVSBN 1400)
12     100 West Liberty Street, 10th Floor
       Reno, NV 89501
13     Telephone: (775) 788-2000
       wmagrath@mcdonaldcarano.com
14
       Attorneys for Defendant Glenbrook
15     Homeowners Association

16

17                          **ORDER**

18                          IT IS SO ORDERED

19

20                          _____
                            UNITED STATES MAGISTRATE JUDGE
21
                                        January 18, 2023
22                          DATED: _____

23

24

25

26

27

28                          Page 3 of  4