1  Mary Marsh Linde, Esq. (NV Bar 613)
   16 Chablis Dr.
2  Reno, NV 89512
   (775) 741-5659
3  mmlrealaw@yahoo.com

4  Attorney for Plaintiffs DOBBINS

5  John L. Marshall (SBN 6733)
   General Counsel
6  Tahoe Regional Planning Agency
   P.O. Box 5310
7  Stateline, NV 89449-5310
   (775) 588-4547
8  jmarshall@trpa.gov

9  Attorneys for TRPA Defendants

10 William A. S. Magrath II (NSBN 1490)
   McDONALD CARANO LLP
11 100 West Liberty Street, 10th Floor
   Reno, NV 89501
12 (775) 788-2000
   wmagrath@mcdonaldcarano.com
13
   Attorneys for Glenbrook Homeowners
14 Association

15                  UNITED STATES DISTRICT COURT

16                       DISTRICT OF NEVADA

17

18 DAVID D. DOBBINS and SHARON L.            Case No. 3:22-cv-00495-MMD-CLB
   DOBBINS, Trustees of the David and
19 Sharon Dobbins Revocable Family Trust,

20          Plaintiffs,

21 vs.

22 GLENBROOK HOMEOWNERS ASS'N.,              **STIPULATION AND ORDER TO**
   a Nevada non-stock, not-for-profit corp.;   **EXTEND TIME FOR DEFENDANTS**
23 TAHOE REGIONAL PLANNNING AGENCY,          **GLENBROOK HOMEOWNERS**
   a separate legal entity created by bi-state  **ASSOCIATION AND TAHOE**
24 compact approved by the United States     **REGIONAL PLANNING AGENCY**
   Congress; and all other persons unknown   **TO FILE RESPONSIVE PLEADING**
25 claiming any right, title, estate, lien or interest **TO COMPLAINT**
   in the real property described in this Complaint
26 adverse to Plaintiffs' ownership or any cloud  **(FOURTH REQUEST)**
   upon Plaintiffs' title thereto,
27
            Defendants.
28 _____/

1    Defendant, TAHOE REGIONAL PLANNING AGENCY (TRPA), by and through John

2  L. Marshall, its General Counsel, Defendant GLENBROOK HOMEOWNERS ASSOCIATION,

3  by and through its counsel, William A.S. Magrath II and McDonald Carano, LLP, and Plaintiffs,

4  DAVID and SHARON DOBBINS, by and through their counsel, Mary Marsh Linde Esq., do

5  hereby AGREE, STIPULATE AND RESPECTFULLY REQUEST THAT THE Court extend the

6  deadline, now February 27, 2023 until **March 27, 2023** within which the Parties shall file their

7  Mutual Dismissal or similar closing pleading with this Court.

8    This Fourth Request is necessitated by the fact that the Parties reached their settlement

9  agreement this Date and need the requested 30-day span to finalize their settlement agreement

10 and prepare documentation to dismiss this action.

11    The relevant chronology of this matter has been stated in the previous REQUESTS and is

12 not iterated here, in the interest of brevity.

13    This Stipulation is entered into in good faith and not for purposes of delay.

14 DATED: February 24, 2023

15 MARY MARSH LINDE

16
   By: _____//s//_____
17      Mary Marsh Linde, Esq. (NSBN 613)
        16 Chablis Dr.
18      Reno, NV 89512
        Telephone: (775) 741-5659
19      mmlrealaw@yahoo.com
        Attorney for Plaintiffs David D. Dobbins
20      and Sharon L. Dobbins, Trustees

21 DATED: February 24 2023

22 TAHOE REGIONAL PLANNING AGENCY

23 By: _____//s//_____
        John L. Marshall (#6733)
24      General Counsel
        P.O. Box 5310
25      Stateline, NV 89449-5310
        (775) 303-4882
26      jmarshall@trpa.gov
   Attorney for Defendant TRPA

27

28  Dobbins v. TRPA, GHOA, et al., Case No. 3:22-cv-00495-MMD-CLB, 4th Request,  Page 2

1   DATED: February 24,  2023

2   McDONALD CARANO LLP

3   By: _____//s//_____
    William A.S. Magrath II, Esq. (NVSBN 1409)
4   100 West Liberty Street, 10th Floor
    Reno, NV 89501
5   Telephone: (775) 788-2000
    wmagrath@mcdonaldcarano.com
6
    Attorneys for Defendant Glenbrook
7   Homeowners Association

8

9                              **ORDER**

10                         IT IS SO ORDERED

11

12                         _____
                           UNITED STATES DISTRICT COURT JUDGE
13

14                         DATED: ____February 27, 2023_____

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Dobbins v. TRPA, GHOA, et al., Case No. 3:22-cv-00495-MMD-CLB, 4th Request,, Page 3

1

**CERTIFICATE OF SERVICE**

2        I, attorney for Plaintiffs herein, certify under penalty of perjury that I caused to be

3 electronically filed on this date a true and correct copy of the foregoing document with the Clerk

4 of the Court using the CM/ECF system, which will automatically e-serve participating counsel.

5 Any counsel listed below who are not registered will be served by first-class mail and electronic

6 mail:

7

8 William Magrath
100 West Liberty Street, 10th Floor
9 Reno, NV 89501
wmagrath@mcdonaldcarano.com
10

11 John L. Marshall
P.O. Box 5310
12 Stateline, NV 89449-5310
jmarshall@trpa.gov
13

14 DATED: February 24, 2023

15                               //s//_____
MARY MARSH LINDE
16 16 Chablis Dr.
Reno, NV 89512
17 mmlrealaw@yahoo.com

18

19

20

21

22

23

24

25

26

27

28  Dobbins v. TRPA, GHOA, et al., Case No. 3:22-cv-00495-MMD-CLB, 4th Request,, Page 3