William A.S. Magrath II (NSBN 1490)
Jane E. Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000

*Attorneys for Defendant Glenbrook Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID D. DOBBINS and SHARON L. DOBBINS, Trustees of the David and Sharon Dobbins Revocable Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>GLENBROOK HOMEOWNERS ASSOCIATION, a Nevada non-stock, not-for profit corporation; TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United States Congress, and all other persons unknown claiming any right, title, estate, lien or interest in the real property described in this Complaint adverse to Plaintiffs' ownership or any cloud upon Plaintiffs' title thereto,<br><br>Defendants. | CASE NO. 3:22-cv-00495-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between David D. Dobbins and Sharon L. Dobbins, Trustees of the David and Sharon Dobbins Revocable Family Trust ("Plaintiffs"), and Glenbrook Homeowners Association and Tahoe Regional Planning Agency (collectively the "Defendants"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

-1-

IT IS HEREBY FURTHER STIPULATED that each of the Parties shall bear their own attorney's fees, costs, and expenses.

DATED: June 20, 2023

MARY MARSH LINDE

By: *[signature]*
Mary Marsh Linde, Esq. (NSBN 613)
16 Chablis Dr.
Reno, NV 89512
Telephone: (775)741-5659
mmlrealaw@yahoo.com
*Attorney for Plaintiffs David D. Dobbins and Sharon L. Dobbins, Trustees*

DATED: June 20, 2023

TAHOE REGIONAL PLANNING AGENCY

By: *[signature]*
John L. Marshall (NSBN 6733)
General Counsel
P. O. Box 5310
Stateline, NV 89449-5310
(775)303-4882
jmarshall@trpa.gov
*Attorney for Defendant TRPA*

McDONALD CARANO LLP

DATED: July 20, 2023

By: *[signature]*
William A.S. Magrath, II (NSBN 1470)
100 West Liberty St., 10th Floor
Reno, NV 89501
wmagrath@mcdonaldcarano.com
*Attorneys for Defendant Glenbrook Homeowners Association*

IT IS SO ORDERED.

**ORDER**

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated: July 21, 2023

48853-7127-5611 v.1

-2-